UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-169-PGB-DAB
    26 U.S.C. § 5861(d)
NATHAN JOEL ARLEDGE  18 U.S.C. § 2252A(a)(5)(B)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about February 3, 2022, in the Middle District of Florida, the defendant,

NATHAN JOEL ARLEDGE,

did knowingly possess a firearm, that is, a short-barreled rifle, as defined by 26 U.S.C. § 5845(a)(3), two machineguns, as defined by 26 U.S.C. § 5845(b), and three silencers, as defined by 26 U.S.C. § 5845(a)(7), which were not registered to the defendant in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

### COUNT TWO

On or about February 3, 2022, in the Middle District of Florida, the defendant,

NATHAN JOEL ARLEDGE,

did knowingly possess material that contained images of child pornography, that is, the child pornography found in the Apple iPhone X, that had been shipped and transported using any means and facility of interstate and foreign commerce and was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, and the image involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. §§ 2253, 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2.  Upon conviction of a violation 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.  Upon conviction of a violation of 18 U.S.C. § 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.  Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received in violation of chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4.    The property to be forfeited includes, but is not limited to, the following: Apple iPhone X, seized from the defendant on February 3, 2022, and which was used to commit the offense charged in Count Two; and one AR-10 style, .308 caliber firearm, one 9mm Luger firearm utilizing a Polymer80 brand kit, Glock-type firearm parts, a FAB Defense pistol-to-rifle conversion kit; and three firearm silencers, all of which were seized from the defendant's residence on February 3, 2022, and used to commit the offense charged in Count One.

5.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*

Courtney D. Richardson-Jones
Assistant United States Attorney

By: *[signature]*

Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division